148 U.S. 157
 13 S.Ct. 572
 37 L.Ed. 404
 In re SCHNEIDER.
 No. ____.
 March 14, 1893.
 
 Jeremiah M. Wilson, William F. Mattingly, and A. A. Hoehling, Jr., for petitioner.
 [Argument of Counsel from pages 158-162 intentionally omitted]
 Mr. Chief Justice FULLER.
 
 
 1
 The application for a writ of error or appeal is denied upon the authority of Cross v. Burke, 146 U. S. 82, 13 Sup. Ct. Rep. 22; In re Heath, 144 U. S. 92, 12 Sup. Ct. Rep. 615; In re Cross, 146 U. S. 271, 13 Sup. Ct. Rep. 109; Cross v. U. S., 145 U. S. 571, 12 Sup. Ct. Rep. 842. See, also, Railroad Co. v. Grant, 98 U. S. 398; Dennison v. Alexander, 103 U. S. 522; U. S. v. Wanamaker, 147 U. S. 149, 13 Sup. Ct. Rep. 279.